# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Pamela Steward, et al.,** | : | |
| Plaintiffs, | : | Case No.:  3:17-cv-2119 |
| v. | : | Judge Jeffrey J. Helmick |
| **Seneca Re-Ad Industries, Inc.,** | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Pamela Steward, Ralph "Joe" Magers, and Mark Felton, and Defendant, Seneca Re-Ad Industries, Inc., by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, each party to bear their/its own costs and fees. The parties request that the Clerk of Court now close this case.

DATED:      April 12, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Paige Peal | */s/ Stephen Postalakis |
| Paige Peal (0097877) | Stephen Postalakis (0063240) |
| ppeal@disabilityrightsohio.org | steve@ohiolawyersgroup.com |
| Julie Keys (0092537) | David S. Kessler (0041982) |
| jkeys@disabilityrightsohio.org | david@ohiolawyersgroup.com |
| Disability Rights Ohio | Haynes Kessler Myers & Postalakis, Inc. |
| 200 Civic Center Drive, Suite 300 | 300 W. Wilson Bridge Road, Suite 100 |
| Columbus, Ohio 43215-4234 | Worthington, Ohio 43085 |
| Telephone:  614-466-7264 | Telephone:  614-764-0681 |
| Facsimile:  614-644-1888 | Facsimile:  614-764-0774 |
| | |
| Counsel for Plaintiffs | Counsel for Defendant |

Kevin D. Docherty
kdocherty@browngold.com
Anthony J. May
amay@browngold.com
Lauren Kelleher
lkelleher@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Telephone:  410-962-1030
Facsimile:   410-385-0869

*Pro Hac Vice* Counsel for Plaintiffs

\* Signed per email authorization dated April 12, 2024.

## CERTIFICATE OF SERVICE

       A copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been served via the Court's electronic filing system this 12th day of April, 2024, which will send notice of such filing to all counsel of record.

                                               /s/ Paige Peal
                                           Paige Peal